UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIE HERMANSTORFER , ) | |
| ) | Dismissal acknowledged. |
| Plaintiff, ) | JMS, DJ 10-13-10 |
| ) | |
| v. ) | Case No. 1:10-cv-0778 JMS-DML |
| ) | |
| CONAGRA FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Plaintiff, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby notifies the Court that Plaintiff's Complaint should be dismissed with prejudice, costs paid.

Respectfully submitted,
SEVER-STOREY, LLP

*/ss/ Philip D. Sever*
Philip D. Sever, #25384-49

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the forgoing individual by first class United States mail, postage prepaid, on the 12th day of October, 2010:

Aaron A. Clark
McGRATH NORTH MULLIN & KRATZ, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102

*/ss/ Philip D. Sever*
Philip D. Sever, #25384-49

Philip D. Sever
SEVER STOREY, LLP
420 N. Rangeline Road
Carmel, IN 46032
(317) 575-9942, Fax: (317) 575-9943